Order entered November 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00530-CR

### SUGAR RAY FRANKLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-55114-T**

## ORDER

The Court **DENIES** appellant's November 16, 2012 pro se "motion for judicial review of a documentation purporting [to be] a judgment of sentence." Appellant is represented by counsel who filed a brief raising an issue on the merits. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

DAVID L. BRIDGES
JUSTICE